IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VERO HOLDINGS, INC.<br>　*Plaintiff*,<br><br>v.<br><br>ROCKHILL INSURANCE COMPANY,<br>STATE AUTO PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br>AND KELLY GENTRY<br><br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:17-CV-00840<br><br><br><br><br><br><br><br><br><br>Jury |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANTS STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY AND KELLY GENTRY**

Vero Holdings, Inc. ("Plaintiff"), respectfully request that the Court dismiss Defendants State Auto Property & Casualty Insurance Company, and Kelly Gentry without prejudice from this lawsuit (including all claims and causes of action made against these Defendants). Each party should bear their own costs. All are unopposed to this Motion.

1

Respectfully submitted,

**GREEN & BARTON**

By: /s/   William. T. Jones, Jr.
WILLIAM T. JONES JR.
State Bar No.: 24032601
bjones@GBTriallaw.com
ROBERT D. GREEN
State Bar No.: 08368025
green@greentriallaw.com
DANIEL P. BARTON
State Bar No.: 00789774
dbarton@bartonlawgroup.com
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747- Telephone
(713) 621-5900- Fax

## CERTIFICATE OF CONFERENCE

On September 14, 2017, I conferred with Counsel for all Defendants, Sterling Elza, who confirmed all Defendants are unopposed to this Motion and the dismissal of Defendants State Auto Property & Casualty Insurance Company, and Kelly Gentry without prejudice.

/s/ William T. Jones, Jr.
William T. Jones, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on September, PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANTS STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY AND KELLY GENTRY was served via the Court's ECF system upon the following counsel of record:

Sterling Elza
Brown, Dean, Proctor & Howell, LLP
306 West 7th Street, Suite 200
Fort Worth, Texas 76102
selza@browndean.com
Telephone  817.332.1391
Fax        817.870.2427

/s/ William T. Jones, Jr.
William T. Jones, Jr.