AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Vero Holdings, Inc. *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. SA:17-CV-00840-OLG |
| Rockhill Insurance Company *Defendant* | ) ) ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: It is therefore ORDERED that Plaintiff's Motion to Set Aside Appraisal Award (docket no. 38) is DENIED and Defendant's Motion for Summary Judgment (docket no. 37) is GRANTED. All claims asserted herein are DISMISSED with prejudice. Final judgment may be entered accordingly, and taxable costs may be assessed against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia

Date: 03/22/2021

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*